UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TONY LAMONT SCOTT,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D. DEXTER, Warden,<br><br>　　　　Respondent. | Case No. CV 07-2796-MMM (JWJ)<br><br>ORDER ADOPTING SUPERSEDING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　IT IS ORDERED that a Judgment be entered dismissing the First Amended Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order and the Judgment of this date on petitioner.

4 DATED: December 31, 2007

                                                                    /s/ Margaret M. Morrow
                                                                    MARGARET M. MORROW
                                                                    United States District Judge