UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TONY LAMONT SCOTT,<br><br>        Petitioner,<br><br>vs.<br><br>D. DEXTER, Warden,<br><br>        Respondent. | Case No. CV 07-2796-MMM (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the First Amended Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: *December 31, 2007*

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge